William Shalala, Appellant, v. Plymouth Coal Company, Respondent. (Appeal No. 3.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

Melvin Brown, Appellant, v. Charles Schirrmeister, Jr., and Harry Epstein, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

John E. Bruer, Respondent, v. Hiter King, Appellant.— Judgment and order of the County Court of Nassau county reversed, and a new trial ordered, costs to abide the event, on the ground that the verdict is against the greater weight of the evidence. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

James J. Casey, Appellant, v. Frank S. Gannon and John Henry Wagener, as Executors, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

In the Matter of Supplementary Proceedings. Albert S. Hoyd, Doing Business as A. S. Hoyd Varnish Co., Appellant, v. Ruben Meinberg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

In the Matter of the Application for the Commitment of Edward F. Lang, an Alleged Insane Person. In the Matter of the Application of Edward F. Lang, an Alleged Insane Person, Respondent, to Vacate the Order of Commitment. Egburt E. Woodbury, as Attorney-General of the State of New York, and Another, Appellants.— Order of the county judge of Kings county reversed and motion to vacate the original order denied, without costs, on the ground that the circumstances appearing in the record did not warrant an order vacating the original order. Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ., concurred.

In the Matter of the Application of Anna Hermenia McDonald and Others, Appellants, etc. Edmond F. Clyne, Respondent. — Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of Susan A. Penfield, an Alleged Incompetent Person, Respondent. William W. Penfield, Appellant; Mount Vernon Trust Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

Mary E. Kelly, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Stapleton, Rich and Putnam, JJ., concurred; Jenks, P. J., and Carr, J., dissented.

David Klein, etc., Appellant, v. Peter Maravelas, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.